1

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAVRIX PHOTO, INC., a Florida corporation,<br><br>    Plaintiff,<br><br>v.<br><br>RAP-UP, LLC, a California limited liability corporation; DEVIN LAZERINE, an individual and DOES 1-10 INCLUSIVE,<br><br>    Defendants. | CASE NO. 2:12 CV -4325 JST (JPRx<br><br>**ORDER DISMISSING COMPLAINT WITH PREJUDICE** |

Quintana Law
Group, APC

1  THE COURT has considered that Plaintiff Mavrix Photo, Inc. ("Plaintiff") and Defendants Rap-Up, LLC and Devin Lazerine entered into a Confidential Settlement Agreement and Mutual Release, and has considered the Stipulation for Entry of Order Dismissing the Complaint With Prejudice, filed concurrently herewith.

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. The Complaint herein is dismissed with prejudice; and
2. Each party to bear its or his own costs and attorney fees herein incurred.

Dated: December 13, 2012

Honorable Josephine Staton Tucker
UNITED STATES DISTRICT COURT JUDGE

Quintana Law Group, APC

-2-